NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KING PHARMACEUTICALS, INC. AND KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC.,**
*Plaintiffs-Appellants,*

**and**

**PHARMACEUTICAL IP HOLDING, INC.,**
*Plaintiff-Appellant,*

v.

**SANDOZ INC.,**
*Defendant-Appellee.*

---

2011-1227

---

Appeal from the United States District Court for the District of New Jersey in case no. 08-CV-5974, Chief Judge Garrett E. Brown, Jr.

---

## ON MOTION

---

## O R D E R

Sandoz Inc. moves without opposition to amend the caption to reflect that the official corporate name of Defen-

dant-Appellee Sandoz does not include a comma between "Sandoz" and "Inc."

Accordingly,

IT IS ORDERED THAT:

The motion is granted.  The revised official caption is reflected above.

FOR THE COURT

**MAR 1 8 2011**
—————————————
Date

/s/ Jan Horbaly
—————————————
Jan Horbaly
Clerk

cc:  Charles M. Lizza, Esq.
     Michelle S. Rhyu, Esq.
     Martin B. Pavane, Esq.

s23

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAR 1 8 2011**

**JAN HORBALY**
**CLERK**